IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BRANCH | : | CIVIL ACTION |
| v. | : | |
| JOHN E. WETZEL, ET AL. | : | NO. 13-3405 |

## ORDER

**AND NOW**, this 11th day of August, 2014, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and after review of United States Magistrate Judge Linda K. Caracappa's Report and Recommendation (Docket No. 10), to which Petitioner has filed no Objections, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state court proceedings.

3. Petitioner shall notify this Court of the disposition of Petitioner's state court proceedings within forty-five days following the conclusion of those state court proceedings.

4. The Clerk shall place this case in civil suspense.

BY THE COURT:

/s/ John R. Padova_____
John R. Padova, J.